UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT KNOX

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

12 JUN 14 AM 11:04

UNITED STATES OF AMERICA

vs.

BRENDA L. THOMAS

INFORMATION

NO. 3:12MJ-193
18 U.S.C. 3146(a)(1)

The United States Attorney charges:

## COUNT 1

On or about the 8th day of May, 2012, in the Western District of Kentucky, at Fort Knox, Hardin County, Kentucky, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, **BRENDA L. THOMAS**, defendant herein, did fail to appear before the United States District Court at Fort Knox, Kentucky on said date as required by the conditions of release on February 28th, 2012, being previously charged with the violation of Title 18, United States Code, Section 113(a)(4), Assault by Striking, Beating or Wounding, on information 3:11MJ-161 filed on the 19th day of May, 2011.

In violation of Title 18, United States Code, Section 3146(a)(1). This is a Class A misdemeanor.

                                    *C J Bell*, SAUSA
                                  for DAVID J. HALE
                                  United States Attorney
                                  United States District Court
                                  Fort Knox, Kentucky  40121-5000
                                  Tel: (502) 624-6315

UNITED STATES OF AMERICA vs. **BRENDA L. THOMAS**

PENALTIES

COUNT 1

18 U.S.C. 3146(a)(1)

    IMPRISONMENT: Not more than One (1) year.

    FINE: Not more than One Hundred Thousand Dollars ($100,000.00)

18 U.S.C., Section 3013. Special Penalty Assessment of Twenty-Five Dollars ($25.00) is mandatory.